UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:01CV1442 (AVC) |
| VS. | : | |
| TOWN OF SOUTHBURY, ET AL. | : | |
| DEFENDANTS | : | February 2, 2004 |

## REQUEST FOR RULE 16 SCHEDULING CONFERENCE

The Plaintiff, respectfully requests a Rule 16 scheduling and planning conference. This particular case has been stayed since April 23, 2002. The stay has been lifted as of January 28, 2004. The plaintiff requests a Rule 16 scheduling and planning conference for the purpose of setting up a discovery plan and deadlines for the reamainder of the litigation in order to expedite this action.

WHEREFORE, the Plaintiff respectfully requests that this Court grant this request for a Rule 16 scheduling conference.

THE PLAINTIFF,

BY: _____
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Federal Bar No. ct23073

## **CERTIFICATION**

The foregoing was mailed, postage prepaid, on February 2, 2004 to all counsel and pro se parties of record, including:

Clerk
United States District Court
450 Main Street
Hartford, CT 06103

James Sconzo
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Erin I. O'Neil, Esq.