UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rule 16 Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

**February 17, 2004**

**3:00 p.m.**

CASE NO. **3:01cv1442 (AVC) Burns v. Town of Southbury, et al**

James S. Brewer
Brewer & O'Neil
818 Farmington Ave.
West Hartford, CT 06119


Erin I. O'Neil-Baker
Brewer & O'Neil
818 Farmington Ave.
West Hartford, CT 06119


James M. Sconzo
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103



BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK