# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS,<br>    Plaintiff, | : | CIVIL ACTION NO.<br>3:01 CV 1442 (AVC) |
| V. | : | |
| TOWN OF SOUTHBURY;<br>ALFIO CANDIDO, Jr., FIRST<br>SELECTMAN,<br>    Defendants. | : | FEBRUARY 11, 2004 |

## DEFENDANTS' STATUS REPORT

The defendants, Town of Southbury and Alfio Candido, respectfully submit this status report pursuant to the Court's order dated August 20, 2003.

As this Court is aware, this case was stayed from April 2002 until January 28, 2004 due to the liquidation of the defendant's insurance carrier, Legion Insurance. Defendants' counsel was ordered to refrain from performing additional services on this file during that time period. Per the Court's order, the stay ended on January 28, 2004. As such, discovery has re-commenced in this case. Because of the stay, there is no Scheduling Order currently in place for this case.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                THE DEFENDANTS
                TOWN OF SOUTHBURY AND
                ALFIO CANDIDO

                By_____
                  James M. Sconzo of
                  Fed. Bar. No. Ct04571
                  HALLORAN & SAGE LLP
                  One Goodwin Square
                  225 Asylum Street
                  Hartford, CT 06103
                  (860) 522-6103

## **CERTIFICATION**

    This is to certify that on this 11th day of February 2004, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

James S. Brewer, Esq.
818 Farmington Avenue
West Hartford, CT  06119

                                  _____
                                  James M. Sconzo

514356.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105