UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| | : | 3:01CV1442 (AVC) |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY, | : | |
| AND IN THEIR INDIVIDUAL | | |
| AND OFFICIAL CAPACITIES | | |
| ALFIO A. CANDIDO, JR., | | |
| FIRST SELECTMAN; JOSEPH | | |
| FROEHLICH, CONNECTICUT | | |
| STATE TROOPER; | | |
| DEFENDANTS | : | April 21, 2004 |

## APPEARANCE

Please enter my appearance, in addition to any appearances already of file, as attorney for the plaintiff, KEVIN BURNS in the above captioned matters.

Dated this 21st day of April at West Hartford, Connecticut.

PLAINTIFF,
KEVIN BURNS

BY: _____
Alyssa S. Vigue
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #ct 25178
Tel.: (860)523-4055
Fax: (860) 233-4215

## CERTIFICATION

This is to certify that the foregoing has been sent, postage pre-paid, on April 21, 2004 to all counsel and pro se parties of record:

Clerk
United States District Court
450 Main Street
Hartford, CT 06103

Kristi Mackin
James Sconzo
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Alyssa S. Vigue