UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEVIN BURNS,  :
  Plaintiff,  :
   :
v.  :  Civil No. 3:01CV1442(AVC)
   :
TOWN OF SOUTHBURY, ET AL,  :
  Defendants  :

### AMENDED SCHEDULING ORDER

(1) <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by November 1, 2004;

(2) the plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before July 15, 2004, and depositions of any such experts shall be completed by September 15, 2004;

(3) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before August 1, 2004, and depositions of any such experts shall be completed by November 1, 2004;

(4) the parties shall exchange a damage analysis, if necessary, on or before June 1, 2004;

(5) all motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before December 15, 2005;

(6) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on January 15, 2005; and

(7) the case shall be ready for trial by February 1, 2005.

    It is so ordered this 23RD day of April, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge