UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| | : | 3:01CV1442 (AVC) |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY, | : | |
| AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES | : | |
| ALFIO A. CANDIDO, JR., | : | |
| FIRST SELECTMAN; JOSEPH | : | |
| FROEHLICH, CONNECTICUT | : | |
| STATE TROOPER; | : | |
| DEFENDANTS | : | May 14, 2004 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter. The plaintiff continues to be represented by James S. Brewer of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

                          PLAINTIFF,
                          KEVIN BURNS

BY: _____
     Erin I. O'Neil
     Brewer & O'Neil, LLC
     Fed Bar No. ct 23073
     818 Farmington Avenue
     West Hartford, CT 06119
     (860) 523-4055

## CERTIFICATION

I hereby certify that the foregoing was mailed via first class mail on May 14, 2004, to counsel of record and any pro se parties including:

James Sconzo
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

By: *[signature]*
Erin O'Neil