# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1442 (AVC) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY, | : | |
| AND IN THEIR INDIVIDUAL | | |
| AND OFFICIAL CAPACITIES | : | |
| ALFIO CANDIDO, JR., | : | |
| FIRST SELECTMAN; JOSEPH | | |
| FROELICH, CONNECTICUT | : | |
| STATE TROOPER; | | |
| Defendants | : | MAY 17, 2004 |

## **APPEARANCE**

Enter my Appearance as Attorney for the defendants in the above-entitled case.

Dated at Hartford, Connecticut this 17th day of May, 2004.

THE DEFENDANTS:
TOWN OF SOUTHBURY, ET AL

By_____
Angela M. Offredi of
HALLORAN & SAGE LLP
Fed. Bar #ct23964
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103





One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 17th day of May, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Erin I O'Neill
818 Farmington Avenue
West Hartford, CT   06119

_____
Angela M. Offredi

550613v1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105