**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KEVIN BURNS; | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:01 CV1442 (AVC) |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY; | : | |
| ALFIO CANDIDO, JR., FIRST | : | |
| SELECTMAN; JOSEPH FROEHLICH, | : | |
| CONNECTICUT STATE TROOPER; | : | MAY 17, 2004 |
|     Defendants | : | |

## APPEARANCE

    Enter my appearance as Attorney for the defendants, Town of Southbury & Alfio Candido, Jr., only, in the above-entitled case.

                      DEFENDANTS,
                        TOWN OF SOUTHBURY;
                        ALFIO CANDIDO, JR.;

BY: _____
Kevin R. Brady
Fed. Bar No. ct # 22135
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

One Goodwin Square      HALLORAN      Phone (860) 522-6103
225 Asylum Street      & SAGE LLP      Fax (860) 548-0006
Hartford, CT 06103           Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 17th day of May, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

James S. Brewer, Esq.
818 Farmington Avenue
West Hartford, CT 06119

_____
Kevin R. Brady

516148.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105