# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01CV1442 (AVC) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY, | : | |
| AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES | : | |
| ALFIO CANDIDO, JR., | : | |
| FIRST SELECTMAN; JOSEPH | : | |
| FROELICH, CONNECTICUT | : | |
| STATE TROOPER; | : | |
|     Defendants | : | MAY 17, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the undersigned defendant hereby moves for an extension of time of thirty (30) days, up to and including June 22, 2004, within which to respond to the plaintiff's Interrogatories and Requests for Production addressed to the defendant Alfio Candido, Jr.  This is the defendant's first Motion requesting an extension of time. The plaintiff's Interrogatories and Requests for Production seek numerous documents and responses.  Despite diligent good faith efforts, the defendant requires additional time to locate and produce the requested responses and documents.

The undersigned counsel contacted plaintiff's attorney, Erin O'Neill, on May 17, 2004, who has no objection to this Motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the defendants respectfully request that the Court grant the foregoing motion for extension of time.

          DEFENDANTS:
          TOWN OF SOUTHBURY,
          AND IN THEIR INDIVIDUAL
          AND OFFICIAL CAPACITIES
          ALFIO CANDIDO, JR.,
          FIRST SELECTMAN; JOSEPH
          FROELICH, CONNECTICUT
          STATE TROOPER;

BY:_____
      Kevin R. Brady
      Fed. Bar No. ct#22135 and
      Angela M. Offredi
      Fed. Bar No. ct#23964
      HALLORAN & SAGE LLP
      One Goodwin Square
      Hartford, CT  06103
      Tele: (860) 522-6103
      Fax: (860) 548-0006

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 17th day of May, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Erin I O'Neill
818 Farmington Avenue
West Hartford, CT   06119

                                                   _____
                                                    Angela M. Offredi

550357.1(HSFP)

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105