UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| | : | 3:01CV1442 (AVC) |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY, | : | |
| AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES | : | |
| ALFIO A. CANDIDO, JR., | : | |
| FIRST SELECTMAN; JOSEPH | : | |
| FROEHLICH, CONNECTICUT | : | |
| STATE TROOPER; | : | |
| DEFENDANTS | : | May 14, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter. The plaintiff continues to be represented by James S. Brewer of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

May 21, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 MAY 21 P 4:09
U.S. DISTRICT COURT
HARTFORD, CT.