63

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

KEVIN BURNS, Plaintiff : CIVIL ACTION NO. 3:01CV1442 (AVC)

VS.

TOWN OF SOUTHBURY, AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES ALFIO CANDIDO, JR., FIRST SELECTMAN; JOSEPH FROELICH, CONNECTICUT STATE TROOPER; Defendants : MAY 17, 2004

FILED
2004 MAY 18 A 10: 51
U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the undersigned defendant hereby moves for an extension of time of thirty (30) days, up to and including June 22, 2004, within which to respond to the plaintiff's Interrogatories and Requests for Production addressed to the defendant Alfio Candido, Jr. This is the defendant's first Motion requesting an extension of time. The plaintiff's Interrogatories and Requests for Production seek numerous documents and responses. Despite diligent good faith efforts, the defendant requires additional time to locate and produce the requested responses and documents.

The undersigned counsel contacted plaintiff's attorney, Erin O'Neill, on May 17, 2004, who has no objection to this Motion.

May 21, 2004. GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.

FILED
2004 MAY 21 P 4: 09
U.S. DISTRICT COURT
HARTFORD, CT.