**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| | : | 3:01CV1442 (AVC) |
|     PLAINTIFF, | : | |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY, | : | |
| AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES | : | |
| ALFIO A. CANDIDO, JR., | : | |
| FIRST SELECTMAN; JOSEPH | : | |
| FROEHLICH, CONNECTICUT | : | |
| STATE TROOPER; | : | |
|     DEFENDANTS | : | June1, 2004 |

## **APPEARANCE**

Please enter the appearance of Alyssa S. Vigue on behalf of the Plaintiff, in the above entitled matter.

                                PLAINTIFF,
                                KEVIN BURNS


BY: _____
       Alyssa S. Vigue
       Brewer & O'Neil, LLC
       818 Farmington Avenue
       West Hartford, CT 06119
       Federal Bar #ct 25178
       Tel.: (860)523-4055
       Fax: (860) 233-4215
       avigue@brewerandoneil.com

## **CERTIFICATION**

      I hereby certify that the foregoing was mailed via first class mail on June 1, 2004, to counsel of record and any pro se parties including:

James Sconzo
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                                                  By:_____
                                                                                     Alyssa S. Vigue