UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS,<br>    Plaintiff | : | CIVIL ACTION NO.<br>3:01CV1442 (AVC) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY,<br>AND IN THEIR INDIVIDUAL<br>AND OFFICIAL CAPACITIES<br>ALFIO CANDIDO, JR.,<br>FIRST SELECTMAN; JOSEPH<br>FROELICH, CONNECTICUT<br>STATE TROOPER;<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | JULY 29, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw her appearance on behalf of the defendants, Town of Southbury, and Alfio Candido, Jr., in the above-captioned matter. Said defendants continue to be represented by Kevin R. Brady of Halloran & Sage LLP, and the undersigned will no longer be engaged in the practice of law with that firm after July 30, 2004.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS,

By *[signature]*
Angela M. Offredi of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar No. 23964
Its Attorneys

## CERTIFICATION

This is to certify that on this 29th day of July, 2004, I hereby mailed a copy of the foregoing to:

Alyssa Vigue
818 Farmington Avenue
West Hartford, CT   06119

*[signature]*
Angela M. Offredi

576955.1(HSFP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105