RECEIVED
JUL 3 0 2002

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1442 (AVC) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY, | : | |
| AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES | : | |
| ALFIO CANDIDO, JR., | : | |
| FIRST SELECTMAN; JOSEPH | : | |
| FROELICH, CONNECTICUT | : | |
| STATE TROOPER; | : | |
| Defendants | : | JULY 29, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw her appearance on behalf of the defendants, Town of Southbury, and Alfio Candido, Jr., in the above-captioned matter. Said defendants continue to be represented by Kevin R. Brady of Halloran & Sage LLP, and the undersigned will no longer be engaged in the practice of law with that firm after July 30, 2004.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

GRANTED.
August 10, 2004.
SO ORDERED.
/v/ Alfred V. Covello, U.S.D.J.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105