UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
|    PLAINTIFF | : | 3:01CV1442 (AVC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF SOUTHBURY, | : | |
| AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES | : | |
| ALFIO A. CANDIDO, JR., | : | |
| FIRST SELECTMAN; JOSEPH | : | |
| FROEHLICH, CONNECTICUT | : | |
| STATE TROOPER; | : | |
|       DEFENDANTS | : | August 12, 2004 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter due to severing her employment relationship with Brewer & O'Neil. LLC.  The plaintiff continues to be represented by James S. Brewer of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

                                      PLAINTIFF,
                                      KEVIN BURNS

                    BY: _____
                            Alyssa S. Vigue
                            Brewer & O'Neil, LLC
                            818 Farmington Avenue
                            West Hartford, CT 06119
                            Federal Bar #ct 25178
                            Tel.:  (860)523-4055
                            Fax: (860) 233-4215
                            avigue@brewerandoneil.com

## **CERTIFICATION**

      I hereby certify that the foregoing was mailed via first class mail on August 12, 2004, to counsel of record and any pro se parties including:

James Sconzo
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

By:_____
Alyssa S. Vigue