

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN BURNS,<br>    PLAINTIFF | CIVIL ACTION NO.<br>3:01CV1442 (AVC) |
| v. | |
| TOWN OF SOUTHBURY,<br>AND IN THEIR INDIVIDUAL<br>AND OFFICIAL CAPACITIES<br>ALFIO A. CANDIDO, JR.,<br>FIRST SELECTMAN; JOSEPH<br>FROEHLICH, CONNECTICUT<br>STATE TROOPER;<br>    DEFENDANTS | August 12, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter due to severing her employment relationship with Brewer & O'Neil. LLC. The plaintiff continues to be represented by James S. Brewer of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

    PLAINTIFF,
    KEVIN BURNS

BY: _Alyssa S. Vigue_
    Alyssa S. Vigue
    Brewer & O'Neil, LLC
    818 Farmington Avenue
    West Hartford, CT 06119
    Federal Bar #ct 25178
    Tel.: (860)523-4055
    Fax: (860) 233-4215
    avigue@brewerandoneil.com

August 18, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 AUG 18 P 5:31 U.S. DISTRICT COURT HARTFORD, CT.

01CV1442end69