## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:01 CV 1442 (AVC) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF SOUTHBURY; | : | |
| ALFIO CANDIDO, Jr., FIRST | : | |
| SELECTMAN, | : | OCTOBER 29, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The defendants, Town of Southbury (the "Town") and Alfio Candido, Jr., First Selectman, respectfully move the Court for a modification of this Court's Amended Scheduling Order dated April 23, 2004 (the "Scheduling Order"). The Defendants move the Court for a sixty (60) day extension of the discovery and dispositive motion deadline as set forth in the Scheduling Order. The Defendants request a modification of the Scheduling Order as follows:

    1.    <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by December 31, 2004.

    2.    all motions, except motions in limine incident to a trial shall be filed on or before February 14, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The parties have completed the deposition of the Defendant, Alfio Candido, but require the additional time to conduct the deposition of Joseph Froehlich and the Plaintiff, Kevin Burns, among other witnesses.  The parties also require the additional time to resolve written discovery disputes.  The undersigned counsel was unavailable for the first two weeks of October 2004 due to his wedding and previously scheduled vacation.  The parties, therefore, were unable to meet the November 1, 2004 discovery deadline.  The undersigned counsel has contacted Erin I. O'Neil, counsel for the Plaintiff, who consents to this motion.  This is the Defendants' first motion for modification of the April 23, 2004 Amended Scheduling Order.

WHEREFORE, for good cause shown, the Defendants respectfully move the Court to grant their motion for a sixty (60) day extension of the discovery and dispositive motion deadlines.

THE DEFENDANTS:
TOWN OF SOUTHBURY AND
ALFIO CANDIDO

By_____
James M. Sconzo, Esq.
Fed Bar No. ct04571 and
Kevin R. Brady, Esq.
Fed. Bar. No. ct22135 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Juris No. 26105
Their Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## **CERTIFICATION**

This is to certify that on this 29th day of October 2004, a copy of the foregoing was mailed, postage prepaid, to:

Erin I. O'Neill
Brewer & O'Neill
818 Farmington Avenue
West Hartford, CT  06119

_____
Kevin R. Brady

610527.1 (HSFP)

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105