UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEVIN BURNS
   Plaintiff,

v.   :   Civil No. 3:01CV1442(AVC)

TOWN OF SOUTHBURY, ET AL.
   Defendants.

## SECOND AMENDED SCHEDULING ORDER

(1) <u>All</u> discovery, including depositions of <u>all</u> witnesses shall be completed by December 31, 2004;

(2) all motions, except motions <u>in limine</u> incident to trial, shall be filed on or before February 14, 2004;

(3) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on March 1, 2004;

(4) the case shall be ready for trial by March 14, 2004.

It is so ordered this 2nd day of November, 2004, at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge