FILED

2004 OCT 29 P 1:22

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN BURNS,<br>    Plaintiff, | CIVIL ACTION NO.<br>3:01 CV 1442 (AVC) |
| V. | |
| TOWN OF SOUTHBURY;<br>ALFIO CANDIDO, Jr., FIRST<br>SELECTMAN, | OCTOBER 29, 2004 |

### MOTION FOR MODIFICATION OF SCHEDULING ORDER

The defendants, Town of Southbury (the "Town") and Alfio Candido, Jr., First Selectman, respectfully move the Court for a modification of this Court's Amended Scheduling Order dated April 23, 2004 (the "Scheduling Order"). The Defendants move the Court for a sixty (60) day extension of the discovery and dispositive motion deadline as set forth in the Scheduling Order. The Defendants request a modification of the Scheduling Order as follows:

1. All discovery, including depositions of <u>all</u> witnesses, shall be completed by December 31, 2004.

2. all motions, except motions in limine incident to a trial shall be filed on or before February 14, 2004.

*[Margin handwritten note:]* 3:01CV1442(AVC). November __, 2004 The motion is GRANTED as set forth in the amended scheduling order issued this day. SO ORDERED. Alfred V. Covello, U.S.D.J.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105