UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:01 CV 1442 (AVC) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF SOUTHBURY; | : | |
| ALFIO CANDIDO, Jr., FIRST | : | |
| SELECTMAN, | : | DECEMBER 30, 2004 |

**MOTION FOR MODIFICATION OF SCHEDULING ORDER**

    The Defendants, Town of Southbury (the "Town") and Alfio Candido, Jr., First Selectman, respectfully move the Court for a modification of this Court's Second Amended Scheduling Order dated November 2, 2004 (the "Scheduling Order"). The Defendants move the Court for a sixty (60) day extension of the discovery and dispositive motion deadline as set forth in the Scheduling Order. The Defendants request a modification of the Scheduling Order as follows:

    1.    All discovery, including depositions of all witnesses, shall be completed by March 1, 2005;

    2.    all motions, except motions in limine incident to a trial shall be filed on or before April 15, 2005;

    3.    The parties shall file a joint trial memorandum within thirty (30) days following this Court's ruling on the Defendants' dispositive motion; and

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4. This case shall be ready for trial within thirty (30) days following the filing of the joint trial memorandum.

On October 26, 2004, the parties completed the deposition of the Defendant, Mr. Alfio Candido. In addition, on December 17, 2004, the Defendants conducted the deposition examination of the Plaintiff, Kevin Burns, but require the additional time to complete the Plaintiff's deposition pending the production of the Plaintiff's complete medical records and federal income tax returns, among other outstanding issues. Moreover, the Plaintiff's counsel, Erin O'Neil has informed the undersigned counsel of the Plaintiff's intention to take the deposition of Trooper Joseph Froehlich. Based on the Plaintiff's deposition testimony and the pending production of additional documents, the Defendants believe that their motion for summary judgment will be dispositive of all of the Plaintiff's claims.

The existing Scheduling Order, which sets forth a trial ready deadline of March 14, 2005, does not provide sufficient time for the Plaintiff to file an opposition memorandum to the Defendants' summary judgment motion, or allow sufficient time for the Court to provide a ruling on the motion. In addition, the undersigned counsel has contemporaneously filed his motion to withdraw appearance, since the undersigned will no longer be engaged in the practice of law with Halloran & Sage, LLP after January 7, 2005. Accordingly, the Defendants require the additional time to complete the deposition of the Plaintiff and to facilitate the transition of responsibility for this file.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Based on all of the above reasons, good cause exists to extend the discovery, dispositive motion and trial deadlines in this case. The undersigned counsel has contacted Erin I. O'Neil, counsel for the Plaintiff, but has been unable to ascertain her position on this motion. This is the Defendants' second motion for modification of the Scheduling Order in this case.

WHEREFORE, for good cause shown, the Defendants respectfully move the Court to grant their motion for a sixty (60) day extension of the discovery, dispositive motion and trial ready deadlines.

THE DEFENDANTS:
TOWN OF SOUTHBURY AND
ALFIO CANDIDO

By_____
James M. Sconzo, Esq.
Fed Bar No. ct04571 and
Kevin R. Brady, Esq.
Fed. Bar. No. ct22135 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Juris No. 26105
Their Attorneys

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**HALLORAN**
**& SAGE LLP**

## <u>CERTIFICATION</u>

      This is to certify that on this 30th day of December 2004, a copy of the foregoing was mailed, postage prepaid, to:

Erin I. O'Neil
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT  06119

Beth Z. Margulies
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

_____
Kevin R. Brady

633245.1 (HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105