## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, Plaintiff | : : : | CIVIL ACTION NO. 3:01CV1442 (AVC) |
| VS. | : : | |
| TOWN OF SOUTHBURY, AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES ALFIO CANDIDO, JR., FIRST SELECTMAN; JOSEPH FROELICH, CONNECTICUT STATE TROOPER; Defendants | : : : : : : : : : | DECEMBER 30, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Town of Southbury, and Alfio Candido, Jr., in the above-captioned matter. Said defendants continue to be represented by James M. Sconzo, Esq. of Halloran & Sage LLP, and the undersigned will no longer be engaged in the practice of law with that firm after January 7, 2005.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS,
TOWN OF SOUTHBURY and
ALFIO CANDIDO


By_____
   Kevin R. Brady of
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   Federal Bar No. 23964
   Its Attorneys

## **CERTIFICATION**

This is to certify that on this 30th day of December, 2004, I hereby mailed a copy of the foregoing to:

Erin I. O'Neill
Brewer & O'Neill
818 Farmington Avenue
West Hartford, CT  06119

Beth Z. Margulies
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120


_____
Kevin R. Brady

629978_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105