

**FILED**
2004 DEC 30 P 3:45
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN BURNS,<br>　　　　Plaintiff | CIVIL ACTION NO.<br>3:01CV1442 (AVC) |
| VS. | |
| TOWN OF SOUTHBURY,<br>AND IN THEIR INDIVIDUAL<br>AND OFFICIAL CAPACITIES<br>ALFIO CANDIDO, JR.,<br>FIRST SELECTMAN; JOSEPH<br>FROELICH, CONNECTICUT<br>STATE TROOPER;<br>　　　　Defendants | DECEMBER 30, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Town of Southbury, and Alfio Candido, Jr., in the above-captioned matter. Said defendants continue to be represented by James M. Sconzo, Esq. of Halloran & Sage LLP, and the undersigned will no longer be engaged in the practice of law with that firm after January 7, 2005.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

3:01CV1442(AVC) January 5, 2005 GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

**FILED**
2005 JAN -5 P 12:56
U.S. DISTRICT COURT
HARTFORD, CT.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105