

FILED

2004 DEC 30 P 3: 45

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

KEVIN BURNS,             :     CIVIL ACTION NO.
    Plaintiff,           :     3:01 CV 1442 (AVC)
                :
V.                       :
                :
                :
TOWN OF SOUTHBURY;       :
ALFIO CANDIDO, Jr., FIRST :
SELECTMAN,               :     DECEMBER 30, 2004

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The Defendants, Town of Southbury (the "Town") and Alfio Candido, Jr., First

Selectman, respectfully move the Court for a modification of this Court's Second

Amended Scheduling Order dated November 2, 2004 (the "Scheduling Order"). The

Defendants move the Court for a sixty (60) day extension of the discovery and

dispositive motion deadline as set forth in the Scheduling Order. The Defendants

request a modification of the Scheduling Order as follows:

1.    All discovery, including depositions of all witnesses, shall be completed by
       March 1, 2005;

2.    all motions, except motions in limine incident to a trial shall be filed on or
       before April 15, 2005;

3.    The parties shall file a joint trial memorandum within thirty (30) days
       following this Court's ruling on the Defendants' dispositive motion; and

3:01CV1442 (AVC). January 7, 2005. The defendants' motion for modification of the scheduling order
(document no. 74) is GRANTED as set forth in the third amended scheduling order issued this day.
SO ORDERED.

_____ V. Covello, U.S.D.J.

FILED

2005 JAN -7 P 1: 30

U.S. DISTRICT COURT
HARTFORD

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105