UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEVIN BURNS
   Plaintiff,

v.                               Civil No. 3:01CV1442(AVC)

TOWN OF SOUTHBURY, ET AL
   Defendants.

FILED 2005 JAN -7 P 1:30
U.S. DISTRICT COURT
HARTFORD, CT.

**THIRD AMENDED SCHEDULING ORDER**

(1) The parties shall complete <u>all</u> discovery, including depositions of <u>all</u> witnesses, by March 1, 2005.

(2) The parties shall file all motions, except motions <u>in limine</u> incident to trial, on or before April 15, 2005.

(3) The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on May 16, 2005.

(4) The case shall be ready for trial by July 1, 2004.

It is so ordered this 7 day of January, 2005 at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge