UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| | : | 3:01CV1442 (AVC) |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY, | : | |
| AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES | : | |
| ALFIO A. CANDIDO, JR., | : | |
| FIRST SELECTMAN; JOSEPH | : | |
| FROEHLICH, CONNECTICUT | : | |
| STATE TROOPER; | : | |
| DEFENDANTS | : | January 7, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter. Attorney Diane Polan has filed an appearance in this matter.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

                    PLAINTIFF,
                    KEVIN BURNS

BY: _____
       Erin I. O'Neil
       Brewer & O'Neil, LLC
       Fed Bar No. ct 23073
       818 Farmington Avenue
       West Hartford, CT 06119
       (860) 523-4055
       erinoneilbaker@yahoo.com

## **CERTIFICATION**

      I hereby certify that the foregoing was mailed via first class mail on January 8, 2005, to counsel of record and any pro se parties including:

James Sconzo
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103


                                                By:_____
                                                         Erin O'Neil