# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01CV1442 (AVC) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY, | : | |
| AND IN THEIR INDIVIDUAL | | |
| AND OFFICIAL CAPACITIES | : | |
| ALFIO CANDIDO, JR., | : | |
| FIRST SELECTMAN; JOSEPH | | |
| FROELICH, CONNECTICUT | : | |
| STATE TROOPER; | | |
|     Defendants | : | January 17, 2005 |

## **APPEARANCE**

Enter my Appearance as Attorney for the Defendants, Town of Southbury and Alfio Candido, Jr. in the above-entitled case.

Dated at Hartford, Connecticut this 17th day of January, 2005.

                                                THE DEFENDANTS:
                                                TOWN OF SOUTHBURY AND
                                                ALFIO CANDIDO, JR.


                                            By_____
                                                Jonathan C. Sterling, Esq.
                                                Fed. Bar. No. ct24576 of
                                                HALLORAN & SAGE LLP
                                                One Goodwin Square
                                                225 Asylum Street
                                                Hartford, CT 06103
                                                Juris No. 26105
                                                Their Attorneys

One Goodwin Square            HALLORAN            Phone (860) 522-6103
225 Asylum Street             & SAGE LLP           Fax (860) 548-0006
Hartford, CT 06103                                       Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 17th day of January, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Erin I. O'Neil  
Brewer & O'Neil  
818 Farmington Avenue  
West Hartford, CT  06119  
erinoneilbaker@yahoo.com

Beth Z. Margulies  
Attorney General's Office  
55 Elm Street, P.O. Box 120  
Hartford, CT 06141-0120

_____  
Jonathan C. Sterling

639602_1.DOC

- 2 –

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105