# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:01 CV 1442 (AVC) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF SOUTHBURY; | : | |
| ALFIO CANDIDO, Jr., FIRST | : | |
| SELECTMAN, | : | January 17, 2005 |

## OBJECTION TO PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE

    The Defendants, Town of Southbury (the "Town") and Alfio Candido, Jr., hereby object to the Plaintiff's Motion to Withdraw Appearance filed by Attorney Erin O'Neil. Attorney O'Neil states in her motion that Attorney Diane Polan has filed an appearance in this matter. However, to date, no such appearance has been filed, and Attorney O'Neil cites no other good cause in her motion for withdrawing, as required by L. Civ. R. § 17(e).

    WHEREFORE, the Defendants hereby request that the Plaintiff's Motion to Withdraw Appearance be denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
TOWN OF SOUTHBURY AND
ALFIO CANDIDO, JR.


By_____
  James M. Sconzo, Esq.
  Fed Bar No. ct04571 and
  Jonathan C. Sterling, Esq.
  Fed. Bar. No. ct24576 of
  HALLORAN & SAGE LLP
  One Goodwin Square
  225 Asylum Street
  Hartford, CT 06103
  Juris No. 26105
  Their Attorneys

## **CERTIFICATION**

     This is to certify that on this 17th day of January, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Erin I. O'Neil
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT  06119
erinoneilbaker@yahoo.com

Beth Z. Margulies
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120


_____
     Jonathan C. Sterling

639597_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105