*Reviewed 79*

74

*Handwritten margin note (left side, rotated):* Reviewed 79. The attorney, Erin I. O'Neil, has already withdrawn her appearance in this matter. On May 21, 2004, the court granted her motion (document no. 60) to withdraw her appearance on behalf of the plaintiff. See document no. 63. SO ORDERED.

3:01CV1442(AVC) January 21, 2005. The motion (document no. 79) is DENIED as moot.

Alfred V. Covello, U.S.D.J.

2005 JAN 21 P 2: 45

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| | : | 3:01CV1442 (AVC) |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY, | : | |
| AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES | : | |
| ALFIO A. CANDIDO, JR., | : | |
| FIRST SELECTMAN; JOSEPH | : | |
| FROEHLICH, CONNECTICUT | : | |
| STATE TROOPER; | : | |
| DEFENDANTS | : | January 7, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter. Attorney Diane Polan has filed an appearance in this matter.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

                                                                                PLAINTIFF,
                                                                                KEVIN BURNS

                                                            BY: _____
                                                                                Erin I. O'Neil
                                                                                Brewer & O'Neil, LLC
                                                                                Fed Bar No. ct 23073
                                                                                818 Farmington Avenue
                                                                                West Hartford, CT 06119
                                                                                (860) 523-4055
                                                                                erinoneilbaker@yahoo.com