UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN BURNS<br>　　Plaintiff | : CIVIL ACTION NO: 3:01CV01442(AVC) |
| VS. | : |
| TOWN OF SOUTHBURY AND IN<br>THEIR INDIVIDUAL AND OFFICIAL<br>CAPACITIES ALFIO A. CANDIDO, JR,<br>FIRST SLECTMAN; JOSEPH<br>FROELICH, CONNECTICUT STATE<br>TROOPER<br>　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: MARCH 7, 2005 |

## **APPEARANCE**

TO THE CLERK:

Please enter my appearance as Attorney for the Plaintiff Kevin Burns, in the above-entitled case.  This appearance is in lieu of James S. Brewer.

　　　　　　　　　　　　　　　　　　PLAINTIFF


　　　　　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　　　Marc P. Mercier
　　　　　　　　　　　　　　　　　　Beck & Eldergill, P.C.
　　　　　　　　　　　　　　　　　　447 Center Street
　　　　　　　　　　　　　　　　　　Manchester, CT 06040
　　　　　　　　　　　　　　　　　　(860) 646-5606
　　　　　　　　　　　　　　　　　　Fed Bar No: ct10886
　　　　　　　　　　　　　　　　　　Email: mmercier@beckeldergill.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been mailed this 7th day of March, 2005, to the following parties:

James S. Brewer
P.O. Box 330343
West Hartford, CT   06113-0343

Jonathan C. Sterling
James M. Sconzo
Halloran & Sage
One Goodwin Square
225 Aslyum Street
Hartford, CT   06103

                                                                                                                                       _____
                                                                                                                                       Marc P. Mercier

Burns\Appear03-05.pld