**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KEVIN BURNS     Plaintiff | : | CIVIL ACTION NO: 3:01CV01442(AVC) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES ALFIO A. CANDIDO, JR, FIRST SELECTMAN; JOSEPH FROEHLICH, CONNECTICUT STATE TROOPER     Defendants | : | MARCH 16, 2005 |

### PLAINTIFF'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

The Plaintiff in the above-entitled action hereby moves to modify the scheduling order previously issued in this case for the purpose of extending the deadline for taking of a deposition. The Plaintiff further requests the deadlines be adjusted accordingly for the filing of motions, joint trial memorandum, and readiness for trial. In support of this motion, the undersigned states that good cause exists for the granting of this motion as follows:

1. Plaintiff was originally represented by James Brewer. Attorney Brewer has been suspended from the practice of law and has been unable to take any action on behalf of Plaintiff.

2. After Attorney Brewer's suspension, his then-partner Erin O'Neill represented Plaintiff. She withdrew as counsel in December, 2004. Thereafter, Plaintiff was unrepresented.

3. This office was retained by Plaintiff on or about March 2, 2005, after the Third Amended Scheduling Order now in effect had required the close of discovery on or about March 1, 2005.

4. Upon review of the file, undersigned counsel has discovered that despite its prior scheduling in October and December, 2004, Plaintiff's then counsel did not take the deposition of Defendant Joseph Froehlich. That deposition is necessary in order to properly prepare for and present this case at trial.

5. Plaintiff accordingly respectfully requests that the scheduling order be modified so as to allow Plaintiff to take the deposition of Defendant Joseph Froehlich by no later than April 15, 2005.

6. Plaintiff also requests that the other deadlines for the filing of motions and joint trial memorandum, and ready for trial be adjusted accordingly to June 1, 2005, July 1, 2005 and August 1, 2005.

7. Undersigned counsel attempted but was unable to ascertain the position of Defendants' counsel but assumes, based upon preliminary discussions of Defendants' intentions, that an objection is made to Plaintiff's motion.

8. This is the first motion requesting an extension of these deadlines.

WHEREFORE, the Plaintiff requests that the current scheduling order be altered to provide as follows:

1. Plaintiff will take the deposition of Defendant Joseph Froehlich by no later than April 15, 2005.

2. The deadline for the filing of motions be extended to June 1, 2005.

3. A Joint Trial Memorandum be filed by July 1, 2005.

4. This case will be ready for trial on August 1, 2005.

                              PLAINTIFF

By:
    Marc P. Mercier
    Beck & Eldergill, P.C.
    447 Center Street
    Manchester, CT 06040
    (860) 646-5606
    Fed Bar No: ct10886
    Email: mmercier@beckeldergill.com

**CERTIFICATION**

      I hereby certify that a copy of the foregoing has been mailed this 16th day of March, 2005, to the following parties:

James S. Brewer
P.O. Box 330343
West Hartford, CT   06113-034\

Jonathan C. Sterling
James M. Sconzo
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT   06103

                                                      _____
                                                      Marc P. Mercier

Burns\ModSchOrd03-05.pld