FILED
2005 MAR 18 A 10: 36
U.S. DISTRICT COURT
HARTFORD, CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KEVIN BURNS<br>    Plaintiff | CIVIL ACTION NO: 3:01CV01442(AVC) |
| VS. | |
| TOWN OF SOUTHBURY AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES ALFIO A. CANDIDO, JR, FIRST SELECTMAN; JOSEPH FROEHLICH, CONNECTICUT STATE TROOPER | |
|     Defendants | MARCH 16, 2005 |

## PLAINTIFF'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

The Plaintiff in the above-entitled action hereby moves to modify the scheduling order previously issued in this case for the purpose of extending the deadline for taking of a deposition. The Plaintiff further requests the deadlines be adjusted accordingly for the filing of motions, joint trial memorandum, and readiness for trial. In support of this motion, the undersigned states that good cause exists for the granting of this motion as follows:

1. Plaintiff was originally represented by James Brewer. Attorney Brewer has been suspended from the practice of law and has been unable to take any action on behalf of Plaintiff.

[Margin annotation, sideways:] 3:01CV1442(AVC) March 21, 2005. The motion for modification of scheduling order (doc. no. 84) is GRANTED as set forth in the fourth amended scheduling order issued this day. SO ORDERED. Alfred V. Covello, U.S.D.J.

[Stamp:] FILED 2005 MAR 21 P 5:30 U.S. DISTRICT COURT HARTFORD, CT

LAW OFFICES
**BECK AND ELDERGILL, P.C.**
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS No. 02702