UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEVIN BURNS
   Plaintiff,

v.

TOWN OF SOUTHBURY, ET AL
   Defendants.

Civil No. 3:01CV1442 (AVC)

FILED
2005 MAR 21 P 5:30

## FOURTH AMENDED SCHEDULING ORDER

(1) The parties shall complete <u>all</u> discovery, including depositions of <u>all</u> witnesses, by April 15, 2005.

(2) The parties shall file all motions, except motions <u>in limine</u> incident to trial, on or before May 13, 2005.

(3) The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on June 10, 2005.

(4) The case shall be ready for trial by July 14, 2005.

It is so ordered this 21st day of March, 2005 at Hartford, Connecticut.

Alfred V. Covello
United States District Judge