## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:01 CV 1442 (AVC) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF SOUTHBURY; | : | |
| ALFIO CANDIDO, Jr., FIRST | : | |
| SELECTMAN, | : | April 15, 2005 |

## MOTION FOR EXTENSION OF TIME

The Defendants, Town of Southbury (the "Town") and Alfio Candido, Jr., hereby request an extension of the discovery deadline in this matter until the Plaintiff's deposition can be completed. The Defendants are awaiting certain outstanding medical records that have not been provided by the Plaintiff. The Defendants will need to further question the Plaintiff on those records when they are received. In support of this Motion, the undersigned represents that he has contacted plaintiff's counsel, Marc. P. Mercier, who has indicated that he has no objection to this motion and in fact agreed on the record at the continuation of the Plaintiff's deposition on April 12, 2005 that the Defendant reserved the right to continue the deposition to question the Plaintiff about medical records that have not yet been provided. The dispositive motion deadline is currently May 13, 2005 will not be affected by this request. This is the first motion for extension of time by the Defendants with respect to this time limitation.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

                        THE DEFENDANTS:
                        TOWN OF SOUTHBURY AND
                        ALFIO CANDIDO


                        By    _____
                                Jonathan C. Sterling, Esq.
                                Fed. Bar. No. ct24576 of
                                HALLORAN & SAGE LLP
                                One Goodwin Square
                                225 Asylum Street
                                Hartford, CT 06103
                                Juris No. 26105

## **CERTIFICATION**

     This is to certify that on this 15th day of April, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Marc. P. Mercier
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040

Beth Z. Margulies
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120


                                _____
                                Jonathan C. Sterling

676665_1.DOC

One Goodwin Square     HALLORAN     Phone (860) 522-6103
225 Asylum Street     & SAGE LLP     Fax (860) 548-0006
Hartford, CT 06103         Juris No. 26105