


*The motion for extension of time (document no. 88) is GRANTED. The defendants shall have to and including May 2, 2005 to complete the deposition of the plaintiff.*

*3:01CV1442 (AVC) April 19, 2005. SO ORDERED.*
*Alfred V. Covello, U.S.D.J.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS,<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:01 CV 1442 (AVC) |
| V. | : | |
| TOWN OF SOUTHBURY;<br>ALFIO CANDIDO, Jr., FIRST<br>SELECTMAN, | :<br>:<br>: | April 15, 2005 |

## MOTION FOR EXTENSION OF TIME

The Defendants, Town of Southbury (the "Town") and Alfio Candido, Jr., hereby request an extension of the discovery deadline in this matter until the Plaintiff's deposition can be completed. The Defendants are awaiting certain outstanding medical records that have not been provided by the Plaintiff. The Defendants will need to further question the Plaintiff on those records when they are received. In support of this Motion, the undersigned represents that he has contacted plaintiff's counsel, Marc. P. Mercier, who has indicated that he has no objection to this motion and in fact agreed on the record at the continuation of the Plaintiff's deposition on April 12, 2005 that the Defendant reserved the right to continue the deposition to question the Plaintiff about medical records that have not yet been provided. The dispositive motion deadline is currently May 13, 2005 will not be affected by this request. This is the first motion for extension of time by the Defendants with respect to this time limitation.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105