UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN BURNS | : No. 3:01CV01442 (AVC) |
| VS. | : |
| TOWN OF SOUTHBURY, ET AL | : |
| | : April 28, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Consistent with a court order by Judge Robert L. Holzberg on April 15, 2005, undersigned counsel respectfully requests that he be allowed to withdraw his appearance in the above-captioned case.

Respectfully submitted:

BY /s/
JAMES S. BREWER
Federal Bar No. ct07019
P.O. Box 330343
West Hartford, CT 06133-0343
Tel: 860-216-2876

## CERTIFICATION

A copy hereof was mailed, postage prepaid, on the above-mentioned date, to the following counsel of record:

Erin I. O'Neil-Baker
41-A New London Turnpike
Glastonbury, CT 06833

Alyssa S. Vigue
15 Knoll Lane
Simsbury, CT 06089

Marc P. Mercier
Beck & Eldergill
447 Center Street
Manchester, CT 06040

Angela Marie Offredi
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

James M. Sconzo
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Jonathan C. Sterling
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Kevin R. Brady
Jackson Lewis LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904

Kristi E. Mackin
Brown Raysman Millstein Felder & Steiner, LLP
Cityplace II, 10th. Floor
185 Asylum Street
Hartford, CT 06103

Beth Z. Margulies
Attorney Generals Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Karen Haabestad
Attorney Generals Office-Fraud Division
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

William M. Brown, Jr.
U.S. Attorney's Office
157 Church Street, 23rd. Floor
P.O. Box 1824
New Haven, CT 06510

_____
JAMES S. BREWER