UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN BURNS | : No. 3:01CV01442 (AVC) |
| VS. | : |
| TOWN OF SOUTHBURY, ET AL | : |
| | : April 28, 2005 |

**MOTION TO WITHDRAW APPEARANCE**

Consistent with a court order by Judge Robert L. Holzberg on April 15, 2005, undersigned counsel respectfully requests that he be allowed to withdraw his appearance in the above-captioned case.

Respectfully submitted:

BY _____
JAMES S. BREWER
Federal Bar No. ct07019
P.O. Box 330343
West Hartford, CT 06133-0343
Tel: 860-216-2876

GRANTED.
Alfred V. Covello, U.S.D.J

May 3, 2005.
SO ORDERED.