UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS,<br>    Plaintiff, | : | CIVIL ACTION NO.<br>3:01 CV 1442 (AVC) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF SOUTHBURY;<br>ALFIO CANDIDO, Jr., FIRST<br>SELECTMAN, | :<br>:<br>: | May 9, 2005 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to D.Conn. L. Civ. R. 7(b), the parties in the above-captioned matter respectfully request the following modifications to the deadlines set forth in the Report of the Parties' Planning Meeting and thereafter amended:

1.  All dispositive motions shall be filed on or before June 2, 2005.

2.  The parties shall be permitted until July 5, 2005 to file memoranda in opposition to any dispositive motion filed by the other party.

The dispositive motion deadline is currently set for May 13, 2005.

The above modifications are necessary in this case because the parties had devoted their full attention to preparing for the settlement conference held on May 3, 2005 before Parajudicial Officer J. Read Murphy. The parties seek an extension of the dispositive motion deadline to thirty (30) days after that conference. The parties had

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

avoided spending time on any dispositive motions because such efforts would have been wasteful if the case was settled. Now, with only a brief time between the settlement conference and the motion deadline, there is not an adequate opportunity to properly prepare a dispositive motion. PJO Murphy has recommended that this extension be granted, and the parties have jointly moved for the extension.

This is the parties' first joint request for an enlargement of this deadline.

WHEREFORE, the parties respectfully request this motion be granted.

THE PLAINTIFF                                                THE DEFENDANTS


By: _____                  By: _____
Marc Mercier, Esq.                                            Jonathan Sterling, Esq.
Federal Bar No. # ct10886                              Fed. Bar # ct24576
Beck & Eldergill, P.C.                                        Halloran & Sage, LLP
447 Center Street                                              225 Asylum Street
Manchester, CT 06040                                   Hartford, CT 06103-4303
Tel. (860) 646-5606                                          Tel. (860) 522-6103
Fax (860) 646-0054                                         Fax (860) 548-0006

- 2 -

One Goodwin Square             HALLORAN              Phone (860) 522-6103
225 Asylum Street                  & SAGE LLP           Fax (860) 548-0006
Hartford, CT 06103                                                Juris No 26105

## CERTIFICATION

This is to certify that on this 9th day of May, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Marc P. Mercier
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040

_____
Jonathan C. Sterling

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105