*[Handwritten margin note, rotated:]* 3:01CV1442(AVC) May 17, 2005. The joint motion to modify the scheduling order (doc. no.93) is GRANTED. The parties shall have to and including June 2, 2005 to file dispositive motions. The parties shall have to and including July 5, 2005 to file responses to dispositive motions. SO ORDERED. /s/ Alfred V. Covello, U.S.D.J.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN BURNS, <br> Plaintiff, | CIVIL ACTION NO. <br> 3:01 CV 1442 (AVC) |
| V. | |
| TOWN OF SOUTHBURY; <br> ALFIO CANDIDO, Jr., FIRST <br> SELECTMAN, | May 9, 2005 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to D.Conn. L. Civ. R. 7(b), the parties in the above-captioned matter respectfully request the following modifications to the deadlines set forth in the Report of the Parties' Planning Meeting and thereafter amended:

1. All dispositive motions shall be filed on or before June 2, 2005.

2. The parties shall be permitted until July 5, 2005 to file memoranda in opposition to any dispositive motion filed by the other party.

The dispositive motion deadline is currently set for May 13, 2005.

The above modifications are necessary in this case because the parties had devoted their full attention to preparing for the settlement conference held on May 3, 2005 before Parajudicial Officer J. Read Murphy. The parties seek an extension of the dispositive motion deadline to thirty (30) days after that conference. The parties had

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105