UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01 CV 1442 (AVC) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF SOUTHBURY; | : | |
| ALFIO CANDIDO, Jr., FIRST | : | |
| SELECTMAN, | : | May 31, 2005 |

**MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to D.Conn. L. Civ. R. 7(b), the Defendants in the above-captioned matter respectfully request the following modifications to the deadlines set forth in the Report of the Parties' Planning Meeting and thereafter amended:

1. All dispositive motions shall be filed on or before June 7, 2005.

2. The parties shall be permitted until July 11, 2005 to file memoranda in opposition to any dispositive motion filed by the other party.

The dispositive motion deadline is currently set at June 2, 2005. As such, the Defendants have been diligently working on researching and drafting their Memorandum in Support of Motion for Summary Judgment. However, the Defendants require a brief extension of five (5) additional days to finalize their lengthy and factually and legally complicated Memorandum. The undersigned represents that he has contacted plaintiff's counsel, Mark Mercier, who has indicated that he has no objection

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

to this motion. This is the second motion for extension of time with respect to the summary judgment time limitation.

WHEREFORE, the defendant respectfully requests that the Court grant the foregoing motion for extension of time.

        THE DEFENDANTS:
        TOWN OF SOUTHBURY AND
        ALFIO CANDIDO

By  _____
    Jonathan C. Sterling, Esq.
    Fed. Bar. No. ct24576 of
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Juris No. 26105

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 31st day of May, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Marc. P. Mercier
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040

Beth Z. Margulies
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

 

                                                _____
                                                  Jonathan C. Sterling

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105