3:01CV1442(AVC) June 1, 2005. The motion is GRANTED. All dispositive motions shall be filed on or before June 7, 2005. The parties shall be permitted to file memoranda in opposition to such motions by July 11, 2005.
SO ORDERED.
Alfred V. Covello, USDJ

95

FILED
2005 MAY 31 A 11:51
U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KEVIN BURNS,<br>Plaintiff,<br><br>V.<br><br>TOWN OF SOUTHBURY;<br>ALFIO CANDIDO, Jr., FIRST<br>SELECTMAN, | : | CIVIL ACTION NO.<br>3:01 CV 1442 (AVC)<br><br>cam<br><br>May 31, 2005 |

FILED 2005 JUN -1 P 2:20 U.S. DISTRICT COURT HARTFORD CT

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to D.Conn. L. Civ. R. 7(b), the Defendants in the above-captioned matter respectfully request the following modifications to the deadlines set forth in the Report of the Parties' Planning Meeting and thereafter amended:

1. All dispositive motions shall be filed on or before June 7, 2005.
2. The parties shall be permitted until July 11, 2005 to file memoranda in opposition to any dispositive motion filed by the other party.

The dispositive motion deadline is currently set at June 2, 2005. As such, the Defendants have been diligently working on researching and drafting their Memorandum in Support of Motion for Summary Judgment. However, the Defendants require a brief extension of five (5) additional days to finalize their lengthy and factually and legally complicated Memorandum. The undersigned represents that he has contacted plaintiff's counsel, Mark Mercier, who has indicated that he has no objection

dcv1442end95