## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01 CV 1442 (AVC) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF SOUTHBURY; | : | |
| ALFIO CANDIDO, Jr., FIRST | : | |
| SELECTMAN, | : | June 8, 2005 |

## <u>MOTION TO MODIFY SCHEDULING ORDER</u>

Pursuant to D.Conn. L. Civ. R. 7(b), the Defendants in the above-captioned

matter respectfully request the following modifications to the deadlines set forth in the

Report of the Parties' Planning Meeting and thereafter amended:

1.    All dispositive motions shall be filed on or before June 8, 2005.

2.    The parties shall be permitted until July 12, 2005 to file memoranda in

opposition to any dispositive motion filed by the other party.

The dispositive motion deadline is currently set at June 7, 2005.  The Defendants

had been diligently working on researching and drafting their Memorandum in Support

of Motion for Summary Judgment and completed and attempted to file that

Memorandum on June 7, 2005, but arrived at the courthouse just after the doors had

been locked for the day, and were unable to make a timely filing.  The Defendants

therefore request an extension of time, *nunc pro tunc*, of one day within which to file

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

their Motion for Summary Judgment.  The Defendants' Motion is being filed

contemporaneously herewith.

The undersigned represents that he has contacted plaintiff's counsel, Mark

Mercier, who has indicated that he has no objection to this motion.  This is the third (and

final) motion for extension of time with respect to the summary judgment time limitation.

WHEREFORE, the defendant respectfully requests that the Court grant the

foregoing motion for extension of time.

THE DEFENDANTS:
TOWN OF SOUTHBURY AND
ALFIO CANDIDO


By   _____
     Jonathan C. Sterling, Esq.
     Fed. Bar. No. ct24576 of
     HALLORAN & SAGE LLP
     One Goodwin Square
     225 Asylum Street
     Hartford, CT 06103
     Juris No. 26105

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 8th day of June, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Marc. P. Mercier
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040

Beth Z. Margulies
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

_____
Jonathan C. Sterling

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105