UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01 CV 1442 (AVC) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF SOUTHBURY; | : | |
| ALFIO CANDIDO, Jr., FIRST | : | |
| SELECTMAN, JOSEPH FROEHLICH, | : | |
| CONNECTICUT STATE TROOPER, | : | JUNE 7, 2005 |
| Defendants. | : | |

## DEFENDANTS'  MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants, Town of

Southbury and Alfio A. Candido, Jr., respectfully move this Court for the entry of summary

judgment in their favor as to all claims in the Plaintiff's Complaint.  In support of this motion,

the Defendants submit the attached Memorandum of Law.

THE DEFENDANTS
TOWN OF SOUTHBURY AND
ALFIO A. CANDIDO, JR.

BY:  _____
James M. Sconzo
Fed. Bar No. ct04571 and
Jonathan C. Sterling
Fed. Bar No. ct24576 of
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT  06103
Tele: (860) 522-6103
Their Attorneys

**ORAL ARGUMENT REQUESTED**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## <u>CERTIFICATION</u>

This is to certify that on this 7th day of June, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Marc. P. Mercier
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040

Beth Z. Margulies
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120


_____
Jonathan C. Sterling

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105