97

2005 JUN -8 A 10: 3[

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01 CV 1442 (AVC) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF SOUTHBURY; | : | |
| ALFIO CANDIDO, Jr., FIRST | : | |
| SELECTMAN, | : | June 8, 2005 |

### MOTION TO MODIFY SCHEDULING ORDER

Pursuant to D.Conn. L. Civ. R. 7(b), the Defendants in the above-captioned matter respectfully request the following modifications to the deadlines set forth in the Report of the Parties' Planning Meeting and thereafter amended:

1. All dispositive motions shall be filed on or before June 8, 2005.

2. The parties shall be permitted until July 12, 2005 to file memoranda in opposition to any dispositive motion filed by the other party.

The dispositive motion deadline is currently set at June 7, 2005. The Defendants had been diligently working on researching and drafting their Memorandum in Support of Motion for Summary Judgment and completed and attempted to file that Memorandum on June 7, 2005, but arrived at the courthouse just after the doors had been locked for the day, and were unable to make a timely filing. The Defendants

---

3:01CV1442(AVC) June 8, 2005. The motion to modify the scheduling order (doc. no. 97) is GRANTED. The plaintiffs shall have to and including June 8, 2005 to file dispositive motions. The parties shall have to and including July 12, 2005 to file memoranda in opposition to dispostive motions. SO ORDERED.

Alfred V. Covello, U.S.D.J.

Okv1442end 97