UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01 CV 1442 (AVC) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF SOUTHBURY; | : | |
| ALFIO CANDIDO, JR., FIRST | : | |
| SELECTMAN, | : | JUNE 27, 2005 |
| Defendants | | |

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to D.Conn. L. Civ. R. 7(b), Plaintiff in the above-captioned matter

respectfully requests a modifications to the deadlines set forth in the Court's Order dated

June 8, 2005 with respect to Plaintiff's obligation to file memoranda in opposition to

dispositive motions.  Plaintiff hereby requests that he be granted an additional seven (7)

days up to and including July 19, 2005 within which to file his memoranda in opposition to

Defendant's Motion for Summary Judgment dated June 7, 2005. In support of this motion,

the undersigned states that good cause exists for the granting of this motion as follows:

1. Plaintiff's counsel is being treated for Lyme disease and has missed nearly a

week from work and may miss additional time due to the illness in the coming weeks.

2. As a result of that illness, undersigned counsel has lost time necessary to

respond to Defendant's dispositive motion.

3.  Defendants' counsel has no objection to Plaintiff's motion.

4.  This is the first motion requesting an extension of these deadlines.

WHEREFORE, the Plaintiff requests that the current scheduling order be altered to provide him up to and including July 19, 2005 within which to file his memoranda in opposition to Defendant's Motion for Summary Judgment dated June 7, 2005.

PLAINTIFF


By:
    Marc P. Mercier
    Beck & Eldergill, P.C.
    447 Center Street
    Manchester, CT 06040
    (860) 646-5606
    Fed Bar No: ct10886
    Email: mmercier@beckeldergill.com

- 2 -

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed this 27th day of June, 2005, to the following parties:

Jonathan C. Sterling
James M. Sconzo
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT   06103

_____
Marc P. Mercier