FILED

2005 JUN 29 A 11: 15

DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN BURNS,<br>　　Plaintiff, | CIVIL ACTION NO.<br>3:01 CV 1442 (AVC) |
| V. | |
| TOWN OF SOUTHBURY;<br>ALFIO CANDIDO, JR., FIRST<br>SELECTMAN,<br>　　Defendants | JUNE 27, 2005 |

### MOTION TO MODIFY SCHEDULING ORDER

Pursuant to D.Conn. L. Civ. R. 7(b), Plaintiff in the above-captioned matter respectfully requests a modifications to the deadlines set forth in the Court's Order dated June 8, 2005 with respect to Plaintiff's obligation to file memoranda in opposition to dispositive motions. Plaintiff hereby requests that he be granted an additional seven (7) days up to and including July 19, 2005 within which to file his memoranda in opposition to Defendant's Motion for Summary Judgment dated June 7, 2005. In support of this motion, the undersigned states that good cause exists for the granting of this motion as follows:

1. Plaintiff's counsel is being treated for Lyme disease and has missed nearly a week from work and may miss additional time due to the illness in the coming weeks.

2. As a result of that illness, undersigned counsel has lost time necessary to respond to Defendant's dispositive motion.

[Margin annotation, rotated:] 3:01CV1442(AVC) June 30, 2005. The motion is GRANTED. The plaintiff shall have to and including July 19, 2005 to file a memorandum in opposition to the defendants' motion for summary judgment. SO ORDERED. Alfred V. Covello, U.S.D.J.

LAW OFFICES
**BECK AND ELDERGILL, P.C.**
447 Center Street • Manchester, CT 06040 • (860)646-5606 • Juris No. 02702