## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:01 CV 1442 (AVC) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF SOUTHBURY; | : | |
| ALFIO CANDIDO, JR., FIRST | : | |
| SELECTMAN, | : | JULY 11, 2005 |
|     Defendants | | |

### MOTION TO MODIFY SCHEDULING ORDER

Pursuant to D.Conn. L. Civ. R. 7(b), Plaintiff in the above-captioned matter respectfully requests a modifications to the deadlines set forth in the Court's Order dated June 8, 2005 with respect to Plaintiff's obligation to file memoranda in opposition to dispositive motions. Plaintiff hereby requests that he be granted an additional ten (10) days up to and including July 29, 2005 within which to file his memoranda in opposition to Defendant's Motion for Summary Judgment dated June 7, 2005. In support of this motion, the undersigned states that good cause exists for the granting of this motion as follows:

    1. Plaintiff's counsel is being treated for Lyme disease, continues to suffer from symptoms, and has missed more than a week from work. Plaintiff's counsel's initial course of treatment is scheduled to end by July 29, 2005.

    2. As a result of that illness, undersigned counsel has lost time necessary to

respond to Defendant's dispositive motion.

    3. Defendants' counsel has no objection to Plaintiff's motion.

    4. This is the second motion requesting an extension of these deadlines.

WHEREFORE, the Plaintiff requests that the current scheduling order be altered to provide him up to and including July 29, 2005 within which to file his memoranda in opposition to Defendant's Motion for Summary Judgment dated June 7, 2005.

    PLAINTIFF

By:
    Marc P. Mercier
    Beck & Eldergill, P.C.
    447 Center Street
    Manchester, CT 06040
    (860) 646-5606
    Fed Bar No: ct10886
    Email: mmercier@beckeldergill.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed this 11th day of July, 2005, to the following parties:

Jonathan Sterling
James M. Sconzo
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

_____
Marc P. Mercier