104

*3:01CV1442(AVC) July 12, 2005. The plaintiff's motion for extension of time is GRANTED. The plaintiff shall have to and including July 29, 2005 to file a memorandum in opposition to the defendants' motion for summary judgment. SO ORDERED.*

*/s/ Alfred V. Covello, U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2005 JUL 12 A 11: 37 DISTRICT COURT HARTFORD, CT.

| | |
|---|---|
| KEVIN BURNS, <br>     Plaintiff, | CIVIL ACTION NO. <br> 3:01 CV 1442 (AVC) |
| V. | |
| TOWN OF SOUTHBURY; <br> ALFIO CANDIDO, JR., FIRST <br> SELECTMAN, <br>     Defendants | JULY 11, 2005 |

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to D.Conn. L. Civ. R. 7(b), Plaintiff in the above-captioned matter respectfully requests a modifications to the deadlines set forth in the Court's Order dated June 8, 2005 with respect to Plaintiff's obligation to file memoranda in opposition to dispositive motions. Plaintiff hereby requests that he be granted an additional ten (10) days up to and including July 29, 2005 within which to file his memoranda in opposition to Defendant's Motion for Summary Judgment dated June 7, 2005. In support of this motion, the undersigned states that good cause exists for the granting of this motion as follows:

1. Plaintiff's counsel is being treated for Lyme disease, continues to suffer from symptoms, and has missed more than a week from work. Plaintiff's counsel's initial course of treatment is scheduled to end by July 29, 2005.

2. As a result of that illness, undersigned counsel has lost time necessary to

FILED 2005 JUL 14 P 1:45 U.S. DISTRICT COURT HARTFORD, CT.

LAW OFFICES
**BECK AND ELDERGILL, P.C.**
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS NO. 02702