## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS<br>    Plaintiff | : | CIVIL ACTION NO: 3:01CV01442(AVC) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOUTHBURY AND IN<br>THEIR INDIVIDUAL AND OFFICIAL<br>CAPACITIES ALFIO A. CANDIDO, JR,<br>FIRST SELECTMAN; JOSEPH<br>FROEHLICH, CONNECTICUT STATE<br>TROOPER<br>    Defendants | : | JULY 28, 2005 |

## PLAINTIFF'S LOCAL RULE 56(A)3 LIST OF EXHIBITS

1. Affidavit of Plaintiff dated July 27, 2005;

2. Deposition of Joseph Froehlich dated April 12, 2005;

3. Testimony of Alfio Candido before Labor Board dated January 21, 2005;

4. Testimony of Carl Rosa before Labor Board dated September 23, 2004;

5. Deposition of Alfio Candido dated October 26, 2004;

6. Monthly Activity and Duty Report Form 1999-2000;

7. Testimony of Patrick Kenney before Labor Board dated September 23, 2004;

8. Testimony of Alfio Candido before Labor Board dated April 17, 2001;

9. Letter from Sergeant Froehlich to Plaintiff dated June 23, 2000;

10. Complaint to Labor Board dated September 3, 1999;

11. Complaint to Labor Board Case Number 22,750;

12. Complaint to Labor Board Case Number 22,455; and

13. Complaint to Labor Board Case Number 22,751.

                PLAINTIFF


                By:
                    Marc P. Mercier
                    Beck & Eldergill, P.C.
                    447 Center Street
                    Manchester, CT 06040
                    (860) 646-5606
                    Fed Bar No: ct10886
                    Email: mmercier@beckeldergill.com


## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been mailed this ___ day of July, 2005, to the following parties:

James M. Sconzo
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103


                    _____
                    Marc P. Mercier

Burns\Pleadings\Exhibits56(a)307-05.pld