1

STATE OF CONNECTICUT

BOARD OF MEDIATION

* * * * * * * * * * * * * * * *

RE:  TOWN OF SOUTHBURY                JANUARY 21, 2005
        AND
     AFSCME, CO. 15, LOCAL 204        NO. 2001-A-0325

* * * * * * * * * * * * * * * *

BEFORE ARBITRATORS:      RUBEN E. ACOSTA
                         MICHAEL C. CULHANE
                         MADELINE M. MATCHKO

APPEARANCES:

    FOR THE TOWN OF SOUTHBURY:

        SMITH & SMITH LAW OFFICES
        439 Middlebury Road
        P.O. Box 1263
        Middlebury, Connecticut 06760-1263
            BY:  ROBERT W. SMITH, ESQUIRE

    FOR AFSCME:

        ERIC R. BROWN
        AFSCME CO. 15
        290 Pratt Street
        Meriden, Connecticut 06450

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

Plaintiff's Exhibit 3

HEARING RE: TOWN OF SOUTHBURY AND AFSCME
JANUARY 21, 2005

1  never had any problems. Burns had originally sent me a
2  letter when I first became First Selectman and said that
3  he didn't work for me. That was later corrected. There
4  was issues with Brown, who is a Trooper. And with Brown
5  there always seemed to be a little bit of a battle.
6           There was issues with Froehlich himself
7  when he asked him to do a report and he thought that he
8  wasn't the person to do that report -- some other person
9  or Troop should be doing it. There was always some issue
10 being forwarded and there was always -- not always, but
11 not being able to get along.
12          There was always Burns's name coming up on
13 the negative side instead of doing it and then he grieved
14 it later. He would want to take and say no first and
15 then eventually he would do it and there would always be
16 a grievance -- not always but there would be a grievance
17 afterwards, which we've had.
18          And at that point I said look, this can't
19 keep going on and on and on. We know he's done well with
20 DWIs. I've been here for four years, give him a point
21 for four years and I said instead of coming from the top
22 down we'll go from the bottom up. And the other two
23 points, I guess he's earned them somewhere along the
24 line. And that's how I ended up grading it.