Case 3:01-cv-01442-AVC   Document 106-14   Filed 07/29/2005   Page 1 of 2
In the matter of: Town of Southbury & AFSCME Co. 15
9/23/2004                                                                    Arbitration

Page 1

```
 1              STATE OF CONNECTICUT
                DEPARTMENT OF LABOR
 2         BOARD OF MEDIATION and ARBITRATION

 3    - - - - - - - - - - - - - - - - )
                                      )
 4    IN THE MATTER OF:                )
      TOWN of SOUTHBURY                )
 5    AND                              ) FILE No: 2001-A-0325
      AFSCME CO. 15                    )
 6                                     )
      RE: KEVIN BURNS                  )
 7                                     )
      - - - - - - - - - - - - - - - - )
 8

 9         PANEL:    RUBEN E. ACOSTA
                     MICHAEL C. CULHANE
10                   MADELINE M. MATCHKO

11
           DATE TAKEN: September 23, 2004
12         LOCATION: DEPARTMENT of LABOR
                     38 Wolcott Hill Road
13                   Wethersfield, CT

14

15
      Reporter: KATHLEEN S. NORTON, RPR, LSR #105
16       BRANDON SMITH REPORTING SERVICE, LLC
                  44 Capitol Avenue
17                Hartford, CT  06106
                  Tel: (860) 549-1850
18                Fax: (860) 549-1537

19

20

21

22

23

24

25
```

Page 118

1  responsible for presenting grievances for the town?

2      A    Prior?

3      Q    Prior to 2000.

4      A    To him being --

5      Q    No, while he was union vice-president, prior

6  to the corporal exam was he responsible for

7  presenting grievances to the town?

8      A    Yes.

9      Q    And to Mr. Candido as the first selectman?

10     A    Yes.

11     Q    Now, did there ever come a time where you

12 had a belief that the town, or Mr. Candido might be

13 biased against Officer Burns because of his union

14 activity?

15     A    Well, there was a time when at the time

16 Officer Burns was suspended they took away his

17 medical benefits on top of his suspension, and I had

18 a meeting with First Selectman Candido and Sergeant

19 Froehlich who was the resident trooper sergeant at

20 the time, to discuss that this was kind of over and

21 above.  It's not normal process to take away a guy's

22 medical benefits when they are suspended.  And in the

23 course of that discussion, Mr. Candido made mention

24 of several grievances that Officer Burns put forth.

25     Q    Based upon that mention, did you believe he