**Monthly Activity and Duty Report Form**
Month : Year 1999

| Personnel: | Criminal Investigations Cases | CA | DWI | Accident Investigations Cases | Arrest | Warn | DWI | MVA Enforcement MVA | Warn | Days Patrol | Admin | Sick Mo. | Year | Observ Report Date | Weapon Inspection Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cpl Gugliotti | 28 | 14 | 1 | 22 | 10 | 8 | 1 | 37 | 83 | 138 | 62 | - | 13 | 9/5/99 | 12/1/99 |
| Cpl Houle | 48 | 22 | 0 | 17 | 6 | 11 | 0 | 13 | 64 | 108 | 91 | - | 13 | 8/11/99 | 12/1/99 |
| Cpl. Kenney | 24 | 11 | 1 | 10 | 2 | 6 | 1 | 4 | 72 | 200 | 21 | - | 15 | 9/5/99 | 12/1/99 |
| Cpl. Slaiby | 17 | 8 | 2 | 21 | 6 | 10 | 2 | 23 | 152 | 166 | 58 | - | 12 | 8/25/99 | 12/1/99 |
| Off. Bette | 71 | 14 | 0 | 44 | 11 | 21 | 0 | 83 | 126 | 214 | 5 | - | 5 | 10/18/99 | 12/10/99 |
| Off. Burns | 45 | 33 | 101 | 13 | 11 | 2 | 8 | 54 | 87 | 236 | 6 | - | 6 | 1/23/00 | 11/6/99 |
| Off. Flynn | 55 | 6 | 1 | 33 | 11 | 16 | 0 | 56 | 168 | 175 | 11 | - | 7 | 10/18/99 | 11/2/99 |
| Off. Hughes | 34 | 1 | 0 | 41 | 18 | 90 | 1 | 68 | 31 | 174 | 18 | - | 0 | 10/18/99 | 12/10/99 |
| Off. Manville | 39 | 14 | 0 | 29 | 4 | 5 | 0 | 103 | 136 | 172 | 2 | - | 5 | 10/18/99 | 12/10/99 |
| Off. Nevins | 61 | 12 | 0 | 41 | 15 | 13 | 2 | 101 | 153 | 216 | 3 | - | 7 | 8/9/99 | 12/13/99 |
| Off. Ohm | 14 | 1 | 0 | 12 | 2 | 7 | 0 | 0 | 75 | 178 | 14 | - | 19 | 9/30/99 | 11/2/99 |
| Off. O'Toole | 46 | 20 | 0 | 37 | 16 | 5 | 0 | 26 | 149 | 196 | 7 | - | 10 | 8/3/99 | 12/1/99 |
| Off. Rosa | 30 | 18 | 0 | 24 | 8 | 8 | 0 | 14 | 87 | 202 | - | - | 7 | 7/8/99 | 12/10/99 |
| Off. Tierney | 24 | 6 | 0 | 12 | 8 | 2 | 0 | 37 | 29 | 153 | 92 | - | 17 | 10/2/99 | 12/10/99 |
| Off. Schneider | 32 | 12 | 0 | 23 | 12 | 1 | 0 | 17 | 88 | 166 | 14 | - | 9 | | 12/2/99 |
| Off W Flynn | 35 | 6 | 1 | 10 | 2 | 6 | 0 | 15 | 59 | 101 | 7 | - | 6 | | |
| Totals | 460 | 144 | 105 | 317 | 112 | 185 | 14 | 569 | 1265 | 2528 | | | | | |

F:\Uses:Police: DutyNames.xls

Plaintiff's Exhibit 6

## Monthly Activity and Duty Report Form
Month: January-June 2000

F:\Uses:Police: DutyNames.xls

| Personnel: | Criminal Investigations | Accident Investigations | | | | Enforcement | | | MVA | | Days | | Sick Mo. | Sick Year | Observ Report Date | Weapon Inspection Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cases | CA | DWI | Cases | Arrest | Warn | DWI | MVA | Warn | Patrol | Admin | | | | |
| Cpl Gugliotti | 23 | 2 | 0 | 17 | 9 | 9 | 0 | 5 | 7 | 86 | 9 | | 8 | 5/1/00 | 7/12/00 |
| Cpl Houle | 32 | 12 | 0 | 16 | 4 | 8 | 0 | 3 | 25 | 95 | 13 | | 3 | 1/5/00 | 6/22/00 |
| Cpl. Hughes | 20 | 2 | 0 | 13 | 9 | 1 | 1 | 6 | 21 | 94 | 4 | | 4 | 5/1/00 | 6/22/00 |
| Cpl. Kenney | 31 | 7 | 0 | 29 | 9 | 13 | 0 | 6 | 24 | 107 | 7 | | 5 | 6/9/00 | 7/12/00 |
| Cpl. Slaiby | 13 | 2 | 0 | 8 | 3 | 3 | 0 | 2 | 7 | 94 | 2 | | 5 | 6/9/00 | 6/9/00 |
| Off. Bette | 30 | 12 | 0 | 21 | 8 | 8 | 0 | 4 | 21 | 113 | 0 | | 2 | 10/18/99 | 5/24/00 |
| Off. Burns | 23 | 15 | 37 | 13 | 7 | 4 | 1 | 25 | 54 | 94 | 3 | | 5 | 1/23/00 | 6/15/00 |
| Off. Flynn | 22 | 3 | 0 | 23 | 4 | 14 | 1 | 6 | 54 | 99 | 0 | | 3 | 10/18/99 | 6/22/00 |
| Off. Manville | 23 | 5 | 0 | 7 | 5 | 2 | 0 | 3 | 21 | 85 | 2 | | 0 | 10/18/99 | 5/4/00 |
| Off. Nevins | 29 | 9 | 1 | 17 | 9 | 4 | 0 | 20 | 94 | 101 | 9 | | 7 | 8/9/99 | 6/22/00 |
| Off. Ohrn | 6 | 3 | 0 | 7 | 1 | 5 | 0 | 0 | 19 | 104 | 2 | | 7 | 9/30/99 | 6/14/00 |
| Off. O'Toole | 33 | 4 | 0 | 15 | 5 | 8 | 0 | 2 | 43 | 89 | 7 | | 10 | 4/1/00 | 6/12/00 |
| Off. Rosa | 30 | 14 | 0 | 10 | 1 | 6 | 0 | 1 | 19 | 98 | 3 | | 5 | 2/1/00 | 6/12/00 |
| Off. Tierney | 5 | 2 | 0 | 15 | 10 | 5 | 0 | 19 | 7 | 88 | 9 | | 13 | 2/1/00 | 6/17/00 |
| Totals | 320 | 92 | 38 | 211 | 84 | 90 | 3 | 102 | 416 | 1347 | 78 | | 76.5 | | |