Case 3:01-cv-01442-AVC    Document 106-17    Filed 07/29/2005    Page 1 of 2
In the matter of: Town of Southbury & AFSCME Co. 15
9/23/2004                                                                    Arbitration

```
                                                                    Page 1
 1              STATE OF CONNECTICUT
                 DEPARTMENT OF LABOR
 2        BOARD OF MEDIATION and ARBITRATION        COPY

 3     - - - - - - - - - - - - - - - - - )
                                         )
 4     IN THE MATTER OF:                 )
       TOWN of SOUTHBURY                 )
 5     AND                               ) FILE No: 2001-A-0325
       AFSCME CO. 15                     )
 6                                       )
       RE: KEVIN BURNS                   )
 7                                       )
       - - - - - - - - - - - - - - - - - )
 8

 9         PANEL:      RUBEN E. ACOSTA
                       MICHAEL C. CULHANE
10                     MADELINE M. MATCHKO

11
                DATE TAKEN: September 23, 2004
12              LOCATION: DEPARTMENT of LABOR
                          38 Wolcott Hill Road
13                        Wethersfield, CT

14

15
       Reporter: KATHLEEN S. NORTON, RPR, LSR #105
16        BRANDON SMITH REPORTING SERVICE, LLC
                     44 Capitol Avenue
17                  Hartford, CT  06106
                    Tel:  (860) 549-1850
18                  Fax:  (860) 549-1537

19

20

21

22

23

24

25
```

Case 3:01-cv-01442-AVC    Document 106-17    Filed 07/29/2005    Page 2 of 2
In the matter of: Town of Southbury & AFSCME Co. 15
9/23/2004                                                    Arbitration

Page 103

```
1      Q    Did you have an opportunity at any time to
2   observe his performance?
3      A    Yes.
4      Q    Do you believe that based upon those
5   observations that you can render an opinion as to the
6   relative performance of Officer Manville and
7   Officer Burns?
8      A    Yes.
9              THE CHAIRMAN:  I will allow it.
10  BY MR. BROWN:
11     Q    Corporal Kenney, based upon your
12  observations and your experience as a police officer
13  and a corporal in the Southbury Police Department, do
14  you believe that Officer Burns' performance as a
15  police officer was equal to or exceeded the
16  performance of Officer Manville during the time
17  period that you had an opportunity to observe them?
18     A    Exceeded.
19     Q    And what do you base that opinion on?
20     A    Just on cases, arrests, general experience.
21  Officer Burns, you know, made a lot of DWI arrests in
22  his career and he has worked on a number of what our
23  department would consider major investigations.
24     Q    Like what kind of major investigations?
25     A    Well, they had a computer case up at the
```