# TOWN OF SOUTHBURY AND SOUTHBURY POLICE UNION

## ARBITRATION - VOLUME II - APRIL 17, 2001

### Page 152 to Page 303

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

SCRIBES, INC.
445 George Street

New Haven, CT 06521
Phone: 203-785-8795

## Page 188

(1) A. No.
(2) Q. What was the longest suspension you ever
(3) issued to a Southbury police officer?
(4) A. Other -- I think five days maybe.
(5) Q. And do you recall what caused that five-day
(6) suspension?
(7) A. It was five days. The suspension was -- I
(8) think the person didn't respond to a 911 call.
(9) Q. Was that to Corporal Slabbe?
(10) A. Corporal Slabbe and he also lost his stripes.
(11) Q. And can you just tell the panel what was
(12) involved in that discipline, what the facts and
(13) circumstances were surrounding that discipline?
(14) MR. SMITH: I'm going to object to this.
(15) We're getting into -- we're getting into
(16) somebody else's discipline. Are we going to
(17) have a double hearing here? Are we going to
(18) have a hearing about what happened to
(19) somebody else, because there's no grievance
(20) pending concerning that particular
(21) discipline. Do we have to bring in all the
(22) witnesses on that one as well? I mean, this
(23) is going far afield. The issue here is the
(24) 60 working day suspension for Mr. Burns, and
(25) that's the only thing that's being tried here

## Page 189

(1) today.
(2) MR. BROWN: Well, I think you're making
(3) a determination as to whether or not there
(4) was just cause. The panel can take into
(5) consideration the other suspensions and the
(6) lengths of suspensions for those officers and
(7) see if the punishment fits the crime, for
(8) example, in this case by looking at other
(9) cases in which officers have been
(10) disciplined, and it also goes to the issue of
(11) whether or not there's an anti union bias
(12) against Officer Burns as opposed to other
(13) officers who may not have as much union
(14) activity as Officer Burns.
(15) MR. SMITH: I didn't object to the first
(16) couple of questions because it shows -- there
(17) are completely different circumstance here.
(18) I don't see how you could draw any
(19) conclusions from a completely different
(20) circumstance. If it was a similar
(21) circumstance, I think you might have the
(22) right to make the argument or ask the
(23) questions, but I think we're asking questions
(24) that are irrelevant to Mr. Burns' grievance
(25) here. This doesn't relate to this incident.

## Page 190

(1) It's a completely separate incident with
(2) completely different facts, and we heard
(3) there's a -- it's regarding a 911 call.
(4) There's five days and a loss of stripes. Are
(5) we going to try that whole case here as well
(6) when that's not the thing before the panel?
(7) MS. MILLER: I agree with both of you,
(8) but I think that what you can do is compare
(9) to see whether or not there was another case
(10) that was similar to this.
(11) MR. BROWN: I'm just going to go through
(12) some of the recent ones just so you have an
(13) idea of what kinds of disciplines have been
(14) meeted out for certain actions.
(15) MS. MILLER: All right. But let's try
(16) to stay --
(17) MR. BROWN: I'm not going to try all the
(18) cases. Just so you have an idea.
(19) MS. MILLER: Okay. Go ahead.
(20) BY MR. BROWN:
(21) Q. Can you just describe what the -- basically,
(22) what the facts were surrounding Officer Slabbe's
(23) five-day suspension?
(24) A. There was a 911 call. He -- when Officer
(25) Slabbe received the call or was notified of the call, I

## Page 191

(1) believe he used the Heritage Village Security to find
(2) out what the call was about. The report came back to
(3) us that Officer Slabbe understood that the lights were
(4) on. The television was on. It appeared everything was
(5) okay, according to the Heritage Security, and that's
(6) where he made his determination.
(7) Q. He made a determination not to go into the
(8) building to check on the individual, correct?
(9) A. Or send an officer.
(10) Q. And the individual died, didn't she?
(11) A. That's true.
(12) Q. And basically, it involved Officer Slabbe
(13) failing to respond to a call, correct?
(14) A. Or another officer.
(15) Q. Right. Now, are you familiar with a
(16) suspension that was meeted out to an Officer Francis
(17) Tierney?
(18) A. Yes.
(19) Q. And he was suspended for ten working days,
(20) correct?
(21) A. That's right. I forgot about that one.
(22) Q. That was for insubordination, wasn't it?
(23) A. Yes. And for display of improper use of the
(24) uniform.
(25) Q. Okay. And in fact, Officer Tierney had