


# CONNECTICUT STATE POLICE
### RESIDENT STATE TROOPER'S OFFICE
### TOWN OF SOUTHBURY

TO: Officer Kevin Burns

FROM: Sgt. Joseph J. Froehlich, #186

DATE: June 23, 2000

SUBJECT: Results of Corporal's Test

Thank you for participating in the selection process for Corporal. Although you were not selected, I congratulate you on a fine effort.

Below is a break down of your score:

| | |
|---|---|
| Written | 21.5 |
| Oral | 32 |
| POR's, Training & Experience | 6 |
| Total | 59.5 |

Plaintiff's Exhibit 9

421 Main Street South • Southbury, Connecticut 06488-2210