MUNICIPAL COMPLAINT

**STATE OF CONNECTICUT**
**LABOR DEPARTMENT**
**CONNECTICUT STATE BOARD OF LABOR RELATIONS**

IN THE MATTER OF

Town of Southbury

-AND- (RESPONDENT)

Southbury Police Association (COMPLAINANT)

CASE NO.   MPP-21,122

ADDRESS OF RESPONDENT: 501 Main St South, Southbury, CT 06488

## COMPLAINT

PURSUANT TO SECTION 7-471(5) OF THE MUNICIPAL EMPLOYEE RELATIONS ACT THE UNDERSIGNED ALLEGES THAT THE ABOVE-NAMED RESPOND[ENT] HAS ENGAGED IN AND IS ENGAGING IN PROHIBITED PRACTICES WITHIN THE MEANING OF SECTION 7-470 OF SAID ACT, IN THAT: (PLEASE PROV[IDE] A CLEAR AND CONCISE DESCRIPTION OF THE ACTS WHICH ARE CLAIMED TO CONSTITUTE PROHIBITED PRACTICES INCLUDING AN ENUMERATION [OF] THE SUBDIVISIONS OF SECTION 7-470 CLAIMED TO HAVE BEEN VIOLATED AND A STATEMENT OF THE RELIEF TO WHICH THE COMPLAINT DEE[MS] HIMSELF ENTITLED.) FAILURE TO PROVIDE SUCH SPECIFICITY MAY RESULT IN THE COMPLAINT BEING RETURNED WITHOUT INVESTIGATION.

On July, 8th, 1999, the Union submitted a grievance to the Town in regards to having Private Duty Overtime Issue. The Town received this on July 9th, 1999.

Per Article 8 of the contract, the Town was to meet with the aggrieved parties in an effort to resolve the matter. The Town never responded to the grievance.

On August 19th, 1999, the Town was notified that Union was filing for Arbitration in regards to this issue. The Town still did not respond.

The Southbury Police Association hereby makes the complaint under C.G.S 7-470, section (a) (5) that the Town has refused to discuss grievances with the employees and it is requested that the State of Connecticut act on said complaint.

RELIEF:
Have the Town of Southbury refrain from bad faith bargaining by not responding to grievances submitted by the Union and to have the Town meet with Union Officials in an attempt to settle grievances prior to arbitration.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 3rd DAY OF September 1999

_Michael J. Ohm_
NOTARY PUBLIC    Commission April 30, 2002
JUSTICE OF THE PEACE
COMMISSIONER OF SUPERIOR COURT

Carl Rosa
COMPLAINANT
President

_C.R._
SIGNATURE AND TITLE    Southbury Police Assoc.

ADDRESS:
421 Main St South, Southbury, CT 0648[8]

TELEPHONE: (203)-264-5912

### CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT, PURSUANT TO SECTION 7-471-20 OF THE CONNECTICUT GENERAL REGULATIONS, A COPY OF THE FOREGOING WAS MAILED TO THE RESPONDENT BY REGISTERED OR CERTIFIED MAIL.

Pltf's Exhibit 10

_L. Burns_    Union Vice President.