LABOR DEPARTMENT
CONNECTICUT STATE BOARD OF LABOR RELATIONS

In the matter of
**Town of Southbury**
(Respondent)

-and-

Case No. 22,750

**Southbury Police Union Local, and Council #15, AFSCME, AFL-CIO**
(Complainant)

Address of Respondent   **Southbury Town Hall, Southbury, CT**

## COMPLAINT

Pursuant to Section 7-471(4) of the Municipal Employee Relations Act the undersigned alleges that the above-named Respondent has engaged in and is engaging in prohibited practices within the meaning of Section 7-470 of said Act, in that: (Please provide a clear and concise description of the acts which are claimed to constitute prohibited practices including an enumeration of the subdivisions of Section 7-470 claimed to have been violated and a statement of relief to which the complainant deems himself entitled.) Failure to provide such specificity may result in the complaint being returned without investigation.

1. The Town of Southbury (the "Town") is a municipal employer within the meaning of the Act.

2. Southbury Police Union Local, Council # 15, AFSCME (the "Union") is an Employee Organization within the meaning of the Act.

3. At all times relevant hereto, the Union and the Town have been parties to a collective bargaining agreement.

4. On September 27, 1999, the Town and the Union reached a settlement agreement of MPP 21122 whereby the parties agreed to conform to the strict time limits and other requirements of Article VIII of the Contract.

5. The Town has recently failed to comply with the time requirements of the contract.

6. Said failure is a violation of Sections 7-470(a)(5) and (6) of the Act.

### REMEDY SOUGHT:

1. Order requiring the Town to comply with the act, and comply with the settlement of 9/27/99;

2. Reimbursement of all costs and fees incurred by the Union in processing the Complaint;

3. Make all affected parties whole;

4. Any other remedy deemed appropriate by the Board.

Plaintiff's Exhibit 11

Subscribed and sworn to before me

This _____ day of _____

**Southbury Police Union Local,
Council #15, AFSCME, AFL-CIO**
(Complainant)

_____     _____
Notary Public     Comm Exp. 1/31/03                                 Signature
~~Justice of the Peace~~                                                **Eric R. Brown, Staff Attorney**
~~Commissioner of Superior Court~~                         **Council #15, AFSCME, AFL-CIO**
**290 Pratt Street**
**Meriden, CT  06450**
**203-237-2250**

## CERTIFICATION OF SERVICE

I hereby certify that, pursuant to Section 7-471-20 of the Connecticut General Regulations, a copy of the foregoing is mailed to the Respondent by certified mail.

**Certified Mail No. 7001 1140 0002 9859 2524**

\\New\towns\Southbury\MPPs\Grievance discussions\complaint #285.wpd         Eric R. Brown, Staff Attorney