LABOR DEPARTMENT
CONNECTICUT STATE BOARD OF LABOR RELATIONS

In the matter of

**Town of Southbury**

(Respondent)

-and-    Case No. 22,455

**Southbury Police Union Local # , and Council #15, AFSCME, AFL-CIO**

(Complainant)

Address of Respondent    **Southbury Town Hall, Southbury, CT**

## COMPLAINT

Pursuant to Section 7-471(4) of the Municipal Employee Relations Act the undersigned alleges that the above-named Respondent has engaged in and is engaging in prohibited practices within the meaning of Section 7-470 of said Act, in that: (Please provide a clear and concise description of the acts which are claimed to constitute prohibited practices including an enumeration of the subdivisions of Section 7-470 claimed to have been violated and a statement of relief to which the complainant deems himself entitled.) Failure to provide such specificity may result in the complaint being returned without investigation.

1. The Town of Southbury (the "Town") is a municipal employer within the meaning of the Act.

2. Southbury Police Union Local #, Council # 15, AFSCME (the "Union") is an Employee Organization within the meaning of the Act.

3. At all times relevant hereto, the Union and the Town have been parties to a collective bargaining agreement.

4. For years the Town has engaged in a practice of allowing certain holiday T-days to have preferential status. Officers would have an opportunity to use these preferential T-days without limitation.

5. The Town has recently unilaterally ceased the practice of allowing preferential T-days in violation of the long-standing practice.

6. Said actions of the Town violate Section 7-470(a) (4) of the Act.

### REMEDY SOUGHT:

1. Order requiring the Town to cease and desist from failing to follow the past practice;

2. Reimbursement of all costs and fees incurred by the Union in processing the Complaint;

3. Make all affected parties whole;

4. Any other remedy deemed appropriate by the Board.

Plaintiff's Exhibit 12

Subscribed and sworn to before me

This _____ day of _____

_____
Notary Public
~~Justice of the Peace~~
~~Commissioner of Superior Court~~

**Southbury Police Union Local,
Council #15, AFSCME, AFL-CIO**
(Complainant)

_____
Signature
**Eric R. Brown, Staff Attorney
Council #15, AFSCME, AFL-CIO
290 Pratt Street
Meriden, CT  06450
203-237-2250**

## CERTIFICATION OF SERVICE

I hereby certify that, pursuant to Section 7-471-20 of the Connecticut General Regulations, a copy of the foregoing is mailed to the Respondent by certified mail.

**Certified Mail No. Z 561 654 515**

_____
Eric R. Brown, Staff Attorney

\\New\towns\Southbury\MPPs\T-Days\complaint #237.wpd