**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KEVIN BURNS | : | CIV. ACTION NO. |
|     Plaintiffs, | : | 3:01 CV 1442 (avc) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF SOUTHBURY, | : | |
| ALFIO A. CANDIDO, JR., FIRST | : | |
| SELECTMAN AND JOSEPH | : | |
| FROEHLICH, CT STATE TROOPER | : | |
|     Defendants | : | AUGUST 15, 2005 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, James A. Mongillo, is appearing as counsel of record in the above-captioned matter on behalf of the defendants Town of Southbury and Alfio A. Candido, Jr..

                                    Defendants, Town of Southbury and
                                    Alfio A. Candido, Jr.


                                    BY:_____
                                        James A. Mongillo
                                        Baio & Associates, P.C.
                                        15 Elm Street
                                        Rocky Hill, CT 06067
                                        Tele:. (860) 571-8880
                                        Fax: (860) 571-8853
                                        Federal Bar No. ct17514
                                        jmongillo@baiolaw.com
                                        Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, this 15th day of August, 2005 to all counsel of record and pro se parties as follows:

Marc P. Mercier, Esq.
Beck and Eldergill, P.C.
447 Center Street
Manchester, CT 06040

Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

                                                             _____
                                                                            James A. Mongillo