FILED

2005 AUG 16  A 11: 20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN BURNS | : | CIV. ACTION NO. |
| Plaintiffs, | : | 3:01 CV 1442 (avc) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF SOUTHBURY, | : | |
| ALFIO A. CANDIDO, JR., FIRST | : | |
| SELECTMAN AND JOSEPH | : | |
| FROEHLICH, CT STATE TROOPER | : | |
| Defendants | : | AUGUST 12, 2005 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Claudia A. Baio, is appearing as counsel of record in the above-captioned matter on behalf of the defendants Town of Southbury and Alfio A. Candido, Jr..

Defendants,   Town of Southbury and
Alfio A. Candido, Jr.

BY: _____

Claudia A. Baio
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067
Tele:. (860) 571-8880
Fax: (860) 571-8853
Federal Bar No. ct04836
cbaio@baiolaw.com
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, this 12th day of August,

2005 to all counsel of record and pro se parties as follows:

Marc P. Mercier, Esq.
Beck and Eldergill, P.C.
447 Center Street
Manchester, CT 06040

Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

_____
Claudia A. Baio