UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN BURNS, | : |
| | : |
| v. | : CASE NO. 3:01CV1442 (AVC) |
| | : |
| TOWN OF SOUTHBURY, | : |
| AND ALFIO A. CANDIDO, JR. | : |
| | : |

## JUDGMENT

This action having come on for consideration of defendants' motion for summary judgment before the Honorable Alfred V. Covello, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 3th day of November, 2005.

KEVIN F. ROWE, Clerk


By _____/s/_____
Fidelis Basile
Deputy Clerk